LAWRENCE J. GERRANS
P.O. BOX 24549
TUCSON, AZ. 85734-4549

March 14, 2025

Clerk of the District Court
District of Columbia
333 Constitution Avenue, NW
Room 1225
Washington, D.C., 20001

RE: Case Numbers : 1:24-cv-00933UNA -and- 1:24-cv-01252UNA

Dear Clerk of the District Court,

Accompanied, please find a Change of Address Notification for both Case Number 1:24-cv-0093UNA and 1:24-cv-01252. Additionally, please send me the Docket for each Case along with any Case related correspondence which may have been sent to my prior address since January 1, 2025, if any.

Please also "UNSEAL" Case No. 1:24-cv-0093UNA and Case Number 1:24-cv-01252UNA. I cannot access these Cases on Lexis/Nexis, which is the ONLY Legal Database I have access to. Moreover, there is no longer any justifiable reason to Seal these Cases. There was certainly no reason to Seal Case 1:24-cv-01252UNA in the first instance. Please confirm that these Cases have been UNSEALED. Please also provide any justification for why these Cases are/were Sealed.

Thank Yoiu for your assistance.

Respectfully,

LAWRENCE J. GERRANS
(25027-111)



RECEIVED
Mail Room
MAR 21 2025
Angela D. Caesar, Clerk of Court
U.S. District Court, District of Columbia